# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| DOROTHY A. THOMAS, <br> o/b/o JAMES M. THOMAS, <br><br> Plaintiff, <br> v. <br><br> DOLLARWAY HIGH SCHOOL, *et al.*, <br><br> Defendants. | No. 5:11-cv-00017-SWW-JJV |

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Ms. Thomas' Complaint (Doc. No. 2) is DISMISSED. The requested relief is denied and any pending motions are denied as moot.

DATED this 28th day of February, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE