**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| DOROTHY A. THOMAS, <br> o/b/o JAMES M. THOMAS, <br><br> Plaintiff, <br> v. <br><br> DOLLARWAY HIGH SCHOOL, *et al.*, <br><br> Defendants. | * <br> * <br> * <br> * <br> * No. 5:11-cv-00017-SWW-JJV <br> * <br> * <br> * <br> * |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

DATED this 28th day of February, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE